**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 249 EAL 2019
                   :
        Respondent           :
                   :    Petition for Allowance of Appeal from
                   :    the Order of the Superior Court
          v.               :
                   :
                   :
THORNTON SAVAGE,          :
                   :
        Petitioner           :

**<u>ORDER</u>**

**PER CURIAM**

     **AND NOW**, this 23rd day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.